UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Douglas R. Askegard, et al.,

Defendants. Civ. No. 01-845(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of July, 2002.

* * *

On January 18, 2002, this Court entered a Pretrial Schedule pursuant to the Pretrial Conference held on January 15, 2002. Pursuant to directives from Judge Richard H. Kyle's Chambers, the deadline in Paragraph X will be amended to reflect his instructions.

THEREFORE, It is --

ORDERED:

1. That Paragraph X of the Pretrial Schedule shall be amended to read as follows:

11

FILED JUL 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

That this case shall be ready for Trial on **February 1, 2003,**[1] at which time the case will be placed on the Court's **non-jury** trial calendar.

2. That all other deadlines in the Pretrial Schedule dated January 18, 2002, shall remain in effect.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]**THIS DATE IS NOT A TRIAL SETTING DATE.** The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar. The above date is merely a notice to all parties to consider the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED.**