Civ 01-845 RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **December 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: July 2, 2002.

JUL 02 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | **United States of America**<br><br>**vs CV 01-845 RHK/RLE**<br>**JURY FERGUS FALLS**<br><br>**Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard et al** | **Roylene Champeaux**<br>**612-664-5600**<br>**Mary Bielefeld**<br><br>**Jon Jensen**<br>**701-775-0521** |
| 2. | **Susan W. Hanger**<br><br>**vs CV 01-1506 RHK/RLE**<br>**JURY DULUTH**<br><br>**County of Lake, a political subdivision of the State of Minnesota et al** | **Steven Schneider**<br>**218-727-6833**<br><br>**Dyan Ebert**<br>**320-251-1414**<br><br>**Pamela Parkinson**<br>**218-834-5547** |
| 3. | **Aimee Wickland**<br><br>**vs CV 01-1660 RHK/SRN**<br>**JURY**<br><br>**INFLOW, Inc.** | **John Klassen**<br>**952-258-8444**<br><br>**Kathleen Mahoney**<br>**651-321-6500** |

| | | |
|---|---|---|
| 4. | **Deanne Fox, on behalf of minor children Nicholas and Julian** | **Deanne Fox**<br>**218-444-3195** |
| | **vs CV 01-1701 RHK/RLE**<br>**JURY FERGUS FALLS** | |
| | **Independent School District #2609 aka Win-E-Mac School District**<br><br>**et al** | **Michael Feichtinger**<br>**Melinda Sanders**<br>**320-251-1414** |
| 5. | **Lisa Luberacki** | **John Fabian**<br>**612-338-1919** |
| | **vs CV 01-1911 RHK/AJB**<br>**JURY** | |
| | **Intermediate District 287** | **Scott Anderson**<br>**612-339-0060** |
| 6. | **John William Parker** | **John Parker** |
| | **vs CV 01-1918 RHK/RLE**<br>**COURT FERGUS FALLS** | |
| | **Sid Canham, individually and as an employee of Mahnomen County**<br><br>**et al** | **Thomas Carlson**<br>**651-221-0732** |