UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

02 AUG -9 PM 1:00
CLERK US DIST COURT
DULUTH, MN

August 8, 2002

To: Mr. Jon J. Jensen
Pearson, Crhistensen, Larivee, t al.
24 N. 4th St.
P.O. Box 5758
Grand Forks, ND 58206-5758

**LETTER ORDER**

Re: USA v. Douglas R. Askegard, et al.
Civ. No. 01-845 (RHK/RLE)

Dear Counsel:

On June 17, 2002, you filed a Motion to Clarify the Deadline for Threshold Dispositive Motions [Docket No. 9] along with a Memorandum [Docket No. 10] in the above-entitled action. The Motion has been stricken because it is in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motion [Docket No. 9] and the Memorandum [Docket No. 10].**

Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Ms. Roylene Ann Champeaux/ Mary E. Bielefeld

FILED AUG 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

14