UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Douglas R. Askegard, individually and as Personal Representative of the Estate of Gladys M. Askegard, David Askegard, Wayne Aslesen, Aileen Askegard Clough, individually and as Trustee of the Clough Family Trust, and John Doe, Trustee of the Clough Family Trust,

Defendants. Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of December, 2002.

* * *

On September 12, 2002, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Thursday, January 9, 2003, pursuant to Notice of Assignment of Cases for Trial Before Judge Kyle, in a Trial Block commencing February 1, 2003. On November 14, 2002, the parties filed a Consent to Trial Before the Magistrate Judge. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

(30)

FILED DEC 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, It is --

ORDERED:

That the Settlement Conference set for Thursday, January 9, 2003, at 8:30 a.m., in Fergus Falls, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE