UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. CERTIFICATE OF READINESS FOR TRIAL

Douglas R. Askegard, et al.,

Defendants. Civ. No. 01-845(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: September 12th, 2003
At Duluth, Minnesota

41

FILED SEP 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK