UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

Douglas R. Askegard, et al.,

Defendants.

Civ. No. 01-845(RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of September, 2003.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Tuesday, October 7, 2003, at 9:30 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED SEP 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JCB

42