UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. **NOTICE OF TRIAL**

Douglas R. Askegard, et al.,

Defendants. Civ. No. 01-845(RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of October, 2003.

* * *

1. This matter has been scheduled for a 2-day Trial before the Court, on a date certain basis, commencing on **Tuesday, February 10, 2004, at 9:00 a.m.**, in Court Room No. 2, United States Courthouse, 118 South Mill St., Fergus Falls, Minnesota. **Counsel are to meet in Chambers at 8:30 a.m., for a Final Pretrial Conference.**

2. Counsel's attention is directed to the Local Rules for the District of Minnesota, specifically, Local Rule 39.1 regarding Trial Practice. Please submit an original and one copy of Pretrial materials referred to in Local Rule 39.1, together with a Trial Brief, directly to Magistrate Judge Raymond L. Erickson, United States Courthouse, Room 412, 515 W. First St., Duluth, MN 55802, by

(43)

FILED OCT 20 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the close of business **January 16, 2004**. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at Trial in the manner indicated in Local Rule 39.1. Blank exhibit lists may be obtained from the Clerk of Court's Office, in Duluth, St. Paul or Minneapolis, and must be used when compiling your exhibit lists.

3. Objections to exhibits other than rebuttal exhibits or exhibits used exclusively for cross-examination purposes are to be resolved with opposing counsel prior to the first day of Trial. Any objections which are incapable of resolution will be resolved by the Court at the Final Pretrial Conference.

4. Any party intending to file a Motion in limine shall serve and file the same, post-marked no later than **January 16, 2004**, with the Court's copy being directly transmitted to the undersigned at the United States Courthouse, Room 412, 515 W. First St., Duluth, Minnesota 55802. Any party intending to respond to a Motion in limine shall serve and file the same, post-marked no later than **January 23, 2003**, with the Court's copy being transmitted as noted above.

5. A delay or continuance of the Trial date shall only be requested upon formal Notice and Motion. Under no circumstances will a continuance be deemed justified because of a failure to complete discovery or to take depositions in lieu of Trial testimony.

6. Please contact the undersigned (218-529-3520) immediately if this case is settled.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge