UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-CV-845 (RLE) |

ORDER EXTENDING
POST-TRIAL BRIEFING DEADLINES

The United States has requested a three-day extension of time for the parties to submit post-trial briefs in the above-entitled case which are presently due March 23, 2004, with replies due March 30, 2004. Following review of the letter request and the record herein, the United States' request is **GRANTED**, and

**IT IS HEREBY ORDERED** that the parties' post-trial briefs are due March 26, 2004, and reply briefs are due April 2, 2004.

Dated: March 23, 2004.

Raymond L. Erickson
RAYMOND L. ERICKSON
UNITED STATES MAGISTRATE JUDGE