UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * 

United States of America,

Plaintiff,

vs.

NOTICE OF STATUS CONFERENCE

Douglas R. Askegard, et al.,

Defendants.

Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * * 

A Status Conference is scheduled for **Thursday, February 3, 2005, at 9:30 a.m.**, before Magistrate Judge Raymond L. Erickson. This Status Conference may be conducted by telephone and counsel for the Plaintiff is to make the necessary arrangements.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2005