# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

United States of America,
Plaintiff,
v.

Douglas R. Askegard, individually and as personal representative of the estate of Gladys M. Askegard, David Askegard, Wayne Aslesen Eilene Askegard Clough, individually and as the trustee of the Clough Family Trust, John Doe, trustee of the Clough Family Trust

Defendants.

## COURT MINUTES

BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv845 (RLE) |
| Date: | February 3, 2005 |
| Tape Number: | 05-05 |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:00 a.m. |
| Time in Court: | 0 Hours & 30 Minutes |

Hearing on: **Status Conference**

## APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Mary E. Bielefeld |
| For Defendants: | Jon J. Jensen |

## PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

The parties shall have until February 18, 2005 to brief the issues raised during the status conference.

s/J.D. Schmid
Law clerk