February 14, 2004

Richard D. Sletten
Clerk, U.S. District Court
State of Minnesota
417 U.S. Courthouse & Federal Bldg.
515 W. 1st Street
Duluth, MN 55802

Re: USA v. Askegard, et al.
Case No.: 01-CV-845 RHK/RLE
Our File No.: 7434.002

Dear Mr. Sletten:

Enclosed for filing are the following documents in the above-referenced matter:

1. Joint Stipulation for Extension of Time to File Post Trial Briefs;
2. Affidavit of Jon J. Jensen in Support of Request for Extension of Time to File Post Trial Briefs;
3. Order Granting Extension of Time to File Briefs; and
4. Certificate of Service.

Sincerely,

PEARSON CHRISTENSEN, PLLP

Jon J. Jensen

JJJ/maa
Encl.
cc: Magistrate Judge Raymond Erickson (w/copy encl.) (via email)
Mary E. Bielefeld (w/copy encl.) (via email)
Clients