**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | ) | Case No.: 01-CV-845 RHK/RLE<br><br>**AFFIDAVIT OF JON J. JENSEN IN SUPPORT OF REQUEST FOR EXTENSION OF TIME TO FILE POST TRIAL BRIEFS** |

Jon J. Jensen, being first duly sworn upon oath, deposes and states as follows:

1. The affiant is counsel of record for the Defendants and responsible for preparation of the post-trial brief.

2. When the original date set for filing the post-decision briefs by the parties was set, counsel for the Defendants did not object to the February 18, 2005 deadline. Subsequently, several matters have arisen which necessitate extension of the filing deadline.

3. Counsel for the Defendants focuses 80% to 90% of his practice on tax controversy. His office is located in Grand Forks, North Dakota. When the original briefing deadline of February 18, 2005 was set, counsel for the Defendants had anticipated being St. Paul, Minnesota, for approximately one-half day during the week of February 14th. Subsequent to the Court setting the deadline, counsel for the Defendants received contact from several additional attorneys representing the Internal Revenue Service as well as several examining agents, all of

which have offices located in St. Paul, Minnesota. As a courtesy to clients, counsel for the Defendants prefers to schedule as many conferences with IRS counsel and IRS representatives as possible while in St. Paul as a courtesy to clients to allow for the sharing of travel costs and other expenses. Counsel for the Defendants is now scheduled to be out of my office for meetings in St. Paul beginning the afternoon of Tuesday, February 15th through February 17th. This substantially limits the amount of time available for preparation of the brief.

4. Counsel for the Defendants has been asked by one of his legal partners to assist with a mediation scheduled for Friday, February 18, 2005. The request for assistance arises out of a necessity and counsel for the Defendants was unaware of the potential conflict when the original briefing schedule was set.

5. Counsel for the Defendants believes that a one-week extension from February 18, 2005 to February 25, 2005 would be sufficient time to complete the brief.

6. Counsel for the Plaintiff has indicated that she has no objection to the extension of time.

Dated this 14th day of February, 2005.

__/s/ Jon J. Jensen________________________
Jon J. Jensen, MN ID #0214139

Subscribed and sworn to before me this 14th day of February, 2005.

_/s/ Marie A. Adams______________________
Notary Public

My Commission Expires: