**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | ) | Case No.: 01-CV-845 RHK/RLE<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE POST TRIAL BRIEFS** |

The Defendants and the United States of America, by and through their undersigned counsel, submit the following stipulation in the pending litigation:

1. Counsel for the parties have discussed an extension of time for filing briefs regarding their proposed judgments. Both parties agree that a one-week extension would be beneficial.

2. Counsel for the parties respectfully requests that the Court extend the brief deadline from February 18, 2005 until February 25, 2005.

3. During the recent telephone conference with the Court held on Thursday, February 3, 2005, the parties and the Court identified three issues which necessitated briefing. Those issues were as follows:

a. Whether the amount of judgment could be collected more than once;

b. The amount of the litigation costs; and

c. The amount of interest which should be applied to the liability.

4. The parties believe that they resolved the issue regarding a single collection of the judgment and also believe that they will reach an agreement with regard to the litigation costs. This will leave only one issue left for briefing.

Dated: ____________________

__/s/ Jon J. Jensen________________________
Jon J. Jensen, MN ID #0214139
PEARSON CHRISTENSEN, PLLP
24 N. 4th St., P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorney for Defendants

Dated: ____________________

__/s/ Mary E. Bielefeld______________________
Mary E. Bielefeld, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9375
Fax: (202) 514-6770
Attorney for Plaintiff