**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | ) | Case No.: 01-CV-845 RHK/RLE<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE BRIEFS** |

The Court having reviewed the parties' Joint Stipulation for Extension of Time to File Post Trial Briefs and all of the pleadings and records on file, **IT IS HEREBY ORDERED** that the extension of time to file briefs from February 18, 2005 until February 25, 2005 is hereby **GRANTED**.

Dated this ____ day of February, 2005.

Raymond L. Erickson
United States Magistrate Judge