**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,

Defendants.

Case No.: 01-CV-845 RHK/RLE

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that service of the following:

1. Joint Stipulation for Extension of Time to File Post Trial Briefs;
2. Affidavit of Jon J. Jensen in Support of Request for Extension of Time to File Post Trial Briefs; and
3. Order Granting Extension of Time to File Briefs.

has been made this 14th day of February, 2005, by emailing a true and correct copy to:

Mary E. Bielefeld
U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 7238
Washington, D.C. 20044
Email: mary.e.bielefeld@usdoj.gov

Dated this 14th day of February, 2005.

_____/s/ Jon J. Jensen_______________________
**JON J. JENSEN**, MN ID #0214139
PEARSON CHRISTENSEN, PLLP
24 North 4th Street
P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorney for Defendants