**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,

Defendants.

Civ. No.: 01-845(RHK/RLE)

**ORDER GRANTING EXTENSION OF TIME TO FILE BRIEFS**

The Court having reviewed the parties' Joint Stipulation for Extension of Time to File Post Trial Briefs and all of the pleadings and records on file, **IT IS HEREBY ORDERED** that the extension of time to file briefs from February 18, 2005 until February 25, 2005 is hereby **GRANTED**.

Dated: February 16, 2005

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge