UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

STIPULATION

The plaintiff, United States of America, and the defendants, through their respective undersigned counsel, stipulate, subject to the approval of the Court, to a five (5) day extension of time to March 2, 2005, within which the parties may file their briefs regarding their proposed judgments in the above-captioned case. The parties' briefs are presently due on Friday, February 25, 2005. If this stipulation is approved, the briefs would be due on or before Wednesday, March 2, 2005. This is the second time an extension of time for filing the briefs has been sought

Counsel for the parties had additional discussions today and were able to further narrow the issues to be briefed. Due to adverse weather conditions in Washington, D.C., the federal government is closing and employees are being advised to depart early today. Counsel for the United States is not able to complete her brief in time for filing tomorrow. Accordingly, the parties respectfully request the court to approve this stipulation.

A proposed ORDER is attached.

IT IS SO STIPULATED AND AGREED.

THOMAS B HEFFELFINGER
United States Attorney

/s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC # 384603
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Tel: (202) 514-9375
Fax: (202) 514-6770
Attorneys for Plaintiff

PEARSON CHRISTENSEN, PLLP
Attorneys-at-Law

/s/ John J. Jensen
JOHN J. JENSEN, MN ID #0214139
24 N. 4TH Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521
Fax: (701) 775-0524
Attorneys for Defendants