UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-CV-845 (RLE) |

**ORDER**

Upon consideration of the parties' Stipulation [Docket No. 68], and good cause shown, it is --

ORDERED:

That the Stipulation [Docket No. 68] is APPROVED, and that the parties' support briefs are due on March 2, 2005.

DATED: February 28, 2005

BY THE COURT:

s/Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge