# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,
Plaintiff,
v.

Douglas R. Askegard, individually, and as personal representative of the Estate of Gladys M. Askegard, David Askegard, Wayne Aslesen Aileen Askegard Clough, individually, and as trustee for the Clough Family Trust, John Doe, trustee for the Clough Family Trust,
Defendants.

## COURT MINUTES
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv0845 (RLE) |
| Date: | March 15, 2005 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 4:00 p.m. |
| Time Concluded: | 4:10 p.m. |
| Time in Court: | 0 Hours & 10 Minutes |

## APPEARANCES:

For Plaintiff: Mary E. Bielefeld
For Defendant: John J. Jensen

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

1. The Plaintiff's Informal Motion for leave to submit additional briefing.

**ORDER TO BE SUBMITTED BY:** _ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: March 15, 2005

IT IS HEREBY ORDERED:

That the Plaintiff's Informal Motion for leave to submit additional briefing is GRANTED; the Plaintiff shall have until March 25, 2005 to submit its additional briefing, and the Defendants shall have until April 1, 2005 to submit its response.

s/J.D. Schmid
Signature of law clerk