U.S. Department of Justice

Tax Division

*Please reply to:* *Civil Trial Section, Central Region*
*P.O. Box 7238*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6770*
*Trial Attorney: Mary E. Bielefeld*
*Attorney's Direct Line: (202) 514-9375*

EJO'C:SGH:MEBielefeld:meb
5-39-5449
CMN1999150382

March 25, 2005

**Fax: (218) 529-3529**

Honorable Raymond Erickson
United States Magistrate Judge
417 Fed. Bldg. & U.S. Courthouse
515 West First Street
Duluth, MN 55802

Attn: Vicki Miller

Re: United States v. Douglas R. Askegard, et. al.
Civil No. 01-CV-845 (RLE) (USDC D. Minn.)

Dear Judge Erickson:

This letter confirms your grant of the United States' request for a three-day extension of time from Friday, March 25, 2005, to Monday, March 28, 2005, to file the United States' Reply in the above-captioned case. Jon Jensen, defendants' attorney, did not object to this request. The additional time was sought due to a death in Government counsel's family. A copy of this letter has been faxed to Mr. Jensen from this office today. Thank you for your assistance in this matter. If you have any questions, please contact me at the telephone number stated above.

Sincerely yours,
Mary E. Bielefeld
MARY E. BIELEFELD
Trial Attorney
Civil Trial Section, Central Region

cc: Jon J. Jensen, Esquire
Pearson Christensen Regional Law Firm
24 North 4th Street
P.O. Box 5758
Grand Forks, ND 58206-5758
Facsimile: (701) 775-0524

SCANNED
MAR 2005
U.S. DISTRICT COURT DULUTH