**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | Case No.: 01-CV-845 RHK/RLE<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED** that service of the following:

**Defendants' Reply to Plaintiff's Post-Trial Reply Brief**
**Regarding Interest, Collection, and Costs**

has been made this 4th day of April, 2005, by emailing a true and correct copy to:

Mary E. Bielefeld
U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 7238
Washington, D.C. 20044
Email: mary.e.bielefeld@usdoj.gov

Dated this 4th day of April, 2005.

/s/ Jon J. Jensen
**JON J. JENSEN**, MN ID #0214139
PEARSON CHRISTENSEN, PLLP
24 North 4th Street
P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorney for Defendants