✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

V.

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, Trustee of the Clough Family Trust,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-845 (RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Estate of Gladys Askegard is indebted to the United States for unpaid estate tax liabilities in the amount of $374.612.57, plus interest at the rate prescribed by Title 26 U.S.C. §6621, from July 1, 2000, until the Judgment is paid.

2. That Douglas R. Askegard is indebted to the United States for unpaid estate tax liabilities in the amount of $374,612.57, plus interest at the rate prescribed by Title 26 U.S.C. §6621, from July 1, 2000, until the Judgment is paid.

3. That Aileen Askegard Clough is indebted to the United States in the amount $204,552.00, plus interest at the rate prescribed by Minnesota Statutes Section 549.09, Subdivision 1(c), from the date of the entry of Judgment until the Judgment is paid.

4. That the Clough Family Trust is indebted to the United States in the amount of $204,502.00, plus interest at the rate prescribed by Minnesota Statutes Section 549.09, Subdivision 1(c), from the date of the entry of Judgment until the Judgment is paid.

5. That Wayne Aslesen is indebted to the United States in the amount of $65,850.00, plus interest at the rate prescribed by Minnesota Statutes Section 549.09, Subdivision 1(c), from the date of the entry of Judgment until the Judgment is paid.

6. That David Askegard is indebted to the United States in the amount of $189,785.00, plus interest at the rate prescribed by Minnesota Statutes Section 549.09, Subdivision 1(c), from the date of the entry of Judgment until the Judgment is paid.

7. That the United States has valid and subsisting liens, by virtue of the June 21, 1982, and April 2, 1984, assessments against the Estate, and by virtue of a lien for estate tax deferred on all property belonging to the Estate of Gladys Askegard, including the real property legally described as follows:

> The Southwest Quarter (SW 1/4) of Section 16, Township 137, Range 48 West of Fifth Principal Meridian, Clay County, Minnesota, LESS all that part of the Southwest Quarter of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, which is included within the following metes and bounds description: Commencing at a Point on the West Line of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, said point being located 2,396.56 feet North of the Southwest Corner of said Section as measured along the West Section Line; thence bear North 90˚00'00" East along a line which is perpendicular to the East Right-of-Way Line of Trunk Highway No. 75 a distance of 75.00 feet, more or less, to a point of Intersection with said East Right-of-Way Line, said Point of Intersection being also the Point of Beginning of the tract of land herein described; thence North 88˚49'27" East a distance of 360.08 feet; thence south 00˚00'00" West a distance of 242.00 feet; thence South 88˚ 49'27" West a distance of 360.08 feet, more or less, to a Point of Intersection with the aforementioned East Right-of-Way Line of Trunk Highway No. 75; thence North 00˚00'00" East along said Right-of-Way Line a distance of 242.00 feet, more or less, to the Point of Beginning.

located in Clay County, Minnesota.

8. That the United States is entitled to foreclose its tax lien against the real property described the above paragraph 7, and the property will be sold pursuant to further Order of the Court.

9. That Aileen Askegard Clough, individually, and as co-trustee of the Clough Family Trust, will cooperate with the United States in its attempts to sell such property.

10. That the United States is entitled to its litigation costs and shall submit a Bill of Costs to the Clerk of Court within fourteen (14) days after the entry of Judgment.

11. That each party shall be liable for its own attorneys' fees.

12. That the Judgment against the Estate of Gladys Askegard is the maximum that the Government may collect from one, or all, of the named Defendants.

| | |
|---|---|
| September 30, 2005 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Jenny Beck |
| | (By) Jenny Beck, Deputy Clerk |