UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

Declaration of Mary E. Bielefeld

1. Under 28 U.S.C. § 1924, I hereby verify that the following items are correct and have been necessarily incurred in this case and that the services for which fees have been charged were actually and necessarily performed.

2. Fees of the court reporter for all or any party of the transcript necessarily obtained for use in the case:

| | |
|---|---|
| Deposition Transcript of Douglas Askegard<br>Deposition Transcript of Wayne Aslesen<br>Deposition Transcript of David Askegard<br>Deposition Transcript of Aileen Askegard Clough | $ 494.40 |
| Trial Transcript: | $ 833.50 |
| **Total:** | **$1,327.90** |

3. Fees and Disbursements for Printing:

Discovery:

Two sets of documents Bates stamped 001-0251 for a total of 502 copies at $ .15 a page.

| | |
|---|---|
| **Total:** | **$ 75.30** |

Exhibit Notebooks:

Five sets of exhibits (ten notebooks) with each set containing 660 copies, for a total of 3,300 pages at $ .15 a page.

| | |
|---|---|
| **Total:** | **$ 495.00** |

4. Fees for exemplification and copies of papers necessarily obtained for use in the case:

| | |
|---|---|
| Charts prepared for Trial: | $ 365.92 |
| Tract Search of parcels in Clay County, copies, and and delivery fee | $ 115.00 |
| **Total:** | **$ 480.92** |

5. Based on the above figures, the United States incurred $2,399.12 in recoverable costs in this case.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 11, 2005.

s/ Mary E. Bielefeld
MARY E. BIELEFELD