U.S. Department of Justice

Tax Division

*Please reply to:* *Civil Trial Section, Central Region*
*P.O. Box 7238*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6770*
*Trial Attorney: Mary E. Bielefeld*
*Attorney's Direct Line: (202) 514-9375*

EJO'C:RSW:MEBielefeld:meb
5-39-5449
CMN1999150382

October 12, 2005

Jon J. Jensen, Esquire
Pearson Christensen Regional Law Firm
24 North 4th Street
Grand Forks, ND 58206-5758

Re: United States v. Estate of Gladys Askegard, et. al.
<u>Civil No. 01-CV-0845 (RHK/RLE) (USDC D. MN)</u>

Dear Mr. Jensen:

Enclosure please find courtesy copy of the Declaration of Mary E. Bielefeld and Bill of Costs, which was e-filed on October 12, 2005. If you have any questions, I may be reached at the above-listed number.

Sincerely yours,

Mary E. Bielefeld

MARY E. BIELEFELD
Trial Attorney
Civil Trial Section, Central Region

Enclosures: As stated

cc: Gerald W. Leland, Esquire
Associate Area Counsel, IRS
Galtier Plaza, Suite 650, Box 90
175 East Fifth Street
St. Paul, Minnesota 55101
Your ref: CC:MSR:NCE:STP:GL-705210-98/BCHoliday

Thomas B. Heffelfinger, Esquire
United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Attn: Roylene A. Champeaux