# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## CLERK'S NOTICE
### In Re: Receipt of Bill of Costs

Civil Action Number: 01-CV-845 (RLE)
Title of Action: United States of America v. Askegard, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by United States of America in the above entitled action on 10/12/05.

The briefing schedule for taxation of costs is as follows:

Objections are to be submitted in writing within 10 days of date of this notice.

A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: November 10, 2005

RICHARD D. SLETTEN, CLERK

By s/ Jenny Beck
Jenny Beck
Deputy Clerk

Form Modified 06/29/04