UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-845 (RLE) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on the 21st day of February, 2006, service of

1. Interrogatories of Judgment Creditor United States to David Askegard, Wayne Aslesen, Aileen A. Clough, individually, and as trustee of Clough Family Trust and Declarations;

2. Request for Production of Documents to all Defendants; and

3. Interrogatories of Judgment Creditor United States to Douglas Askegard, individually, and as personal representative of the Estate of Gladys M. Askegard and Declarations;

was made on the following using Federal Express, and notice of such service is made through the Court's Electronic Filing System this 22nd day of February, 2006.

John J. Jensen, Esquire
PEARSON CHRISTENSEN
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521; Fax: (701) 775-0524
Email: jjensen@grandforkslaw.com
marie@grandforkslaw.com

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC # 384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
Email: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov