**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | ) | Case No.: 01-CV-845 RHK/RLE<br><br>**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW** |

Jon J. Jensen and Daniel L. Gaustad, on behalf of the law firm of Pearson, Christensen, Cahill & Clapp, PLLP, pursuant to Local Rules 7.1 and 83.7 of the United States District Court for the District of Minnesota, provide the following Memorandum of Law in support of their Motion to Withdraw.

## I. FACTUAL BACKGROUND.

The Defendants in the above-captioned action are currently represented by Jon J. Jensen, Daniel L. Gaustad, and the law firm of Pearson, Christensen, Cahill & Clapp, PLLP. This case has already proceeded through trial with this Court entering an Order on September 30, 2005, finding the Defendants indebted to the United States. Subsequent to this Court's determination, the Defendants, with the exception of Aileen Clough, have failed to provide payment for legal services received from this law firm. The Defendants were advised that until our firm received full payment and an affirmative statement that

the Defendants wished our office to continue to represent them, we would be required to withdraw as counsel. Despite this request, the movants have not received a response from the Defendants, with the exception of Aileen Clough.

## II. LAW AND ARGUMENT.

Local Rule 83.7 of the United States District Court of the District of Minnesota states that an attorney may withdraw without substitution only by a motion made before the court for good cause shown. It is the movants' belief the Defendants' failure to pay their bill in a timely manner establishes good cause to withdraw as attorney of record. It is also the movants' belief that as the posture of this case has proceeded to Judgment, the Defendants will not be prejudiced by withdrawal of counsel.

## III. CONCLUSION.

Accordingly, for the foregoing reasons, the movants respectfully request the Court enter an Order allowing the movants to withdraw from representation for the above-listed Defendants, with the exception of Aileen Askegard Clough.

**Dated** this 24th day of February, 2006.

**Pearson, Christensen, Cahill & Clapp, PLLP**

Jon J. Jensen, MN ID #0214139
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorneys for Defendants

**Word Count and Type Certification Pursuant to LR7.1(c) & (e)**

I Jon J. Jensen, certify that this Memorandum of Law in Support of Motion to Withdraw complies with Local Rules 7.1(c) & (e). I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word court. I further certify that the above-referenced memorandum contains 557 words.

**Dated** this 24th day of February, 2006.

**Pearson, Christensen, Cahill & Clapp, PLLP**

Jon J. Jensen, MN ID #0214139
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorneys the Defendants