**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 01-CV-845 RHK/RLE |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY CERTIFIED** that service of the following:

- **Notice of Motion to Withdraw;**
- **Motion to Withdraw;**
- **Memorandum of Law in Support of Motion to Withdraw; and**
- **Order for Withdrawal.**

has been made this 27th day of February, 2006, by emailing a true and correct copy to:

Mary E. Bielefeld
U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 7238
Washington, D.C. 20044
Email: mary.e.bielefeld@usdoj.gov

and by sending by U.S. Mail a true and correct copy to:

David Askegard
505-2nd NW Ave.
Barnesville, MN 56514

Wayne Aslesen
5685-20th Street Circle South
Fargo, ND 58104-7266

Aileen Clough
1190-46th Avenue NE
Fessenden, ND 58438-9489

Douglas Askegard
545 Green Mountain Street
Simi Valley, CA 93065

Dated this 27th day of February, 2006.

/s/ Jon J. Jensen

**JON J. JENSEN**, MN ID #0214139
PEARSON CHRISTENSEN CAHILL &
CLAPP, PLLP
24 North 4th Street
P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorney for Defendants