**PEARSON CHRISTENSEN CAHILL & CLAPP, PLLP**
The Legal Advantage

24 North 4th Street
P.O. Box 5758
Grand Forks, ND 58206-5758

PHONE: (701) 775-0521
FAX: (701) 775-0524
Jon J. Jensen
*jjensen@grandforkslaw.com*

February 27, 2006

Richard D. Sletten
Clerk, U.S. District Court
State of Minnesota
417 U.S. Courthouse & Federal Bldg.
515 W. 1st Street
Duluth, MN 55802

Re: USA v. Askegard, et al.
Case No.: 01-CV-845 RHK/RLE
Our File No.: 7434.002

Dear Mr. Sletten:

Enclosed for filing are the following documents:

1. Notice of Motion to Withdraw;
2. Motion to Withdraw;
3. Memorandum of Law in Support of Motion to Withdraw; and
4. Order for Withdrawal.
5.

Sincerely,

PEARSON CHRISTENSEN CAHILL & CLAPP, PLLP

Jon J. Jensen

JJJ/maa
Encl.
cc: Magistrate Judge Raymond Erickson (w/copy encl.)
Mary E. Bielefeld (w/copy encl.) (via email)
David Askegard
Wayne Aslesen
Aileen Clough
Douglas Askegard