**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

United States of America,

Plaintiff,

v.

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,

Defendants.

Case No.: 01-CV-845 RHK/RLE

**ORDER FOR WITHDRAWAL**

This matter came before the Court on the Motion of Jon J. Jensen and Daniel L. Gaustad, on behalf of the law firm of Pearson, Christensen, Cahill & Clapp, PLLP, attorneys of record for the Defendants herein, for permission to withdraw their appearance as attorneys of record for the above-listed Defendants, with the exception of Aileen Askegard Clough..

The Court being of the opinion that such withdrawal is proper and for good cause therefore,

**IT IS ORDERED**

That Jon J. Jensen, Daniel L. Gaustad, and the law firm of Pearson, Christensen, Cahill & Clapp, PLLP, are hereby permitted to withdraw their appearance as attorneys of record for the above-listed Defendants, with the exception of Aileen Askegard Clough, effective the ____ day of ________________, 2006.

**Dated** this ___ day of ___________________, 2006.

______________________________________
United States Magistrate Judge of the District Court