**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

United States of America,

Plaintiff,

v.

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,

Defendants.

Case No.: 01-CV-845 RHK/RLE

**MOTION TO WITHDRAW**

Pursuant to Local Rules 7.1 and 83.7 of the United States District Court for the District of Minnesota, the Defendants' attorneys of record, Jon J. Jensen and Daniel L. Gaustad, on behalf of the law firm of Pearson, Christensen, Cahill & Clapp, PLLP, respectfully move this Court for its Order allowing the movants to withdraw from representation for the above-listed Defendants, with the exception of Aileen Askegard Clough. The movants certify that this application is made for good cause and not for any improper delay or any other improper purpose.

**Dated** this 28th day of February, 2006.

**Pearson, Christensen, Cahill & Clapp, PLLP**

/s/

Jon J. Jensen, MN ID #0214139
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorneys for the Defendants