**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | ) | Case No.: 01-CV-845 RHK/RLE<br><br>**NOTICE OF HEARING ON MOTION TO WITHDRAW** |

**TO: THE ABOVE-LISTED DEFENDANTS AND MARY E. BIELEFELD, U.S. DEPARTMENT OF JUSTICE, TAX DIVISION, BEN FRANKLIN STATION, P.O. BOX 7238, WASHINGTON, D.C. 20044.**

**PLEASE TAKE NOTICE** that pursuant to Local Rules 7.1 and 83.7 of the United States District Court for the District of Minnesota, the Defendants' attorneys of record, Jon J. Jensen and Daniel L. Gaustad, on behalf of the law firm of Pearson Christensen Cahill & Clapp, PLLP, hereby provide notice of their hearing scheduled for the 4th day of May, 2006, at 9:00 a.m., in Courtroom No. 2, in Fergus Falls, Minnesota, on Defendants' Motion for Withdrawal of representation for the above-listed Defendants, with the exception of Aileen Askegard Clough. The Defendants' last known address and phone number are as follows:

David Askegard
505-2nd NW Ave.
Barnesville, MN 56514

Wayne Aslesen
5685-20th Street Circle South
Fargo, ND 58104-7266

Aileen Clough
1190-46th Avenue NE
Fessenden, ND 58438-9489

Douglas Askegard
545 Green Mountain Street
Simi Valley, CA 93065

**Dated** this 28th day of February, 2006.

**Pearson, Christensen, Cahill & Clapp, PLLP**

/s/

Jon J. Jensen, MN ID #0214139
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorneys for the Defendants