**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,<br><br>Defendants. | ) | Case No.: 01-CV-845 RHK/RLE |

**Word Count and Type Certification Pursuant to LR7.1(c) & (e)**

I Jon J. Jensen, certify that this Memorandum of Law in Support of Motion to Withdraw complies with Local Rules 7.1(c) & (e). I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word court. I further certify that the above-referenced memorandum contains 557 words.

Dated this 28th day of February, 2006.

**Pearson, Christensen, Cahill & Clapp, PLLP**

/s/

Jon J. Jensen, MN ID #0214139
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Telephone: (701) 775-0521
Fax: (701) 775-0524
Attorneys the Defendants