UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

Douglas R. Askegard, et al.,

Defendants.

NOTICE OF RESCHEDULING MOTION HEARING

Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * *

A Motion to Withdraw as counsel [Docket No. 88] was filed on February 28, 2006, and the Hearing Date on said Motion is set for 9:00 a.m., on May 4, 2006, in Court Room 2, United States Courthouse, Fergus Falls, Minnesota. This Court has been notified that another matter has been scheduled for Trial for the week of May 1, 2006, in Court Room 2, Fergus Falls, and this Motion will be rescheduled.

ACCORDINGLY, It is --

ORDERED:

That the Motion to Withdraw as counsel [Docket No. 88] is **rescheduled for April 20, 2006, at 2:00 p.m., in Court Room 3, United States Courthouse, Duluth, Minnesota**, and may be conducted by telephone. Counsel for the Defendants is advised to make the necessary arrangements for the telephone conference.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

DATED: March 14, 2006