UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

MOTION FOR ORDER OF SALE

Pursuant to the Court's Final Judgment entered on September 30, 2005, which granted judgment in favor of the United States foreclosing federal tax liens, the United States moves for issuance of an Order of Sale of the subject property located in Clay County, Minnesota, described as follows:

> The Southwest Quarter (SW 1/4) of Section 16, Township 137, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, LESS all that part of the Southwest Quarter of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, which is included within the following metes and bounds description:
>
> Commencing at a Point on the West Line of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, said Point being located 2,396.56 feet North of the Southwest Corner of said Section, as measured along said West Section Line; thence bear North 90°00'00" East along a line which is perpendicular to the East Right-of-Way Line of Trunk Highway No. 75 a distance of 75.00 feet, more or less, to a Point of Intersection with said East Right-of-Way Line, said Point of Intersection being also the Point of Beginning of the tract of land herein described; thence North

> 88º49'27" East a distance of 360.08 feet; thence South 00º00'00" West a distance of 242.00 feet; thence South 88º49'27" West a distance of 360.08 feet, more or less, to a Point of Intersection with the aforementioned East Right-of-Way Line of Trunk Highway No. 75; thence North 00º00'00" East along said Right-of-Way Line a distance of 242.00 feet, more or less, to the Point of Beginning.

A proposed Order of Sale is submitted herewith.

RACHAEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375
Fax: (202) 514-6770
Email: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov