UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-845 (RLE) |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing MOTION FOR ORDER OF SALE has been made upon the following through the Court's Electronic Filing System on this 23rd day of March, 2006, and a proposed ORDER OF SALE was e-mailed to the Honorable Raymond L. Erickson and to attorney Jensen at the following e-mail addresses:

John J. Jensen, Esquire
PEARSON CHRISTENSEN
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521; Fax: (701) 775-0524
Email: jjensen@grandforkslaw.com
marie@grandforkslaw.com

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC # 384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
Email: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov