# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,
Plaintiff,
v.

Douglas R. Askegard, et. al.,
Defendants.

## COURT MINUTES
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv845 (RLE) |
| Date: | April 20, 2006 |
| Tape Number: | 06-17 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:20 p.m. |
| Time in Court: | 0 Hours & 20 Minutes |

## APPEARANCES:

For Plaintiff: Mary E. Bielefeld
For Defendant: Jon J. Jensen

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

1. The Motion of the law firm of Pearson Christensen to Withdraw as Counsel. [Docket No. 88].

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

The Hearing on the Motion to Withdraw was continued until April 27, 2006 at 2:00 p.m. The Court will also hear arguments on the Plaintiff's Motion for an Order of Sale at that time. [Docket No. 94]. The parties are directed to meet and confer concerning the Motion for an Order of Sale prior to the Hearing of April 27, 2006.

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/J.D. Schmid
Signature of law clerk