# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,
Plaintiff,
v.

Douglas R. Askegard, et. al,
Defendants.

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv845 (RLE) |
| Date: | April 27, 2006 |
| Tape Number: | 06-19 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 0 Hours & 30 Minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Mary E. Bielefeld |
| For Defendant: | John J. Jensen (the Defendant David Askegard was also in attendance) |

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

1. The Motion of the law firm of Pearson, Christen, Cahill & Clapp to Withdraw as Counsel. [Docket No. 88].
2. The Government's Motion for an Order of Sale. [Docket No. 94].

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: April 27, 2006

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/J.D. Schmid
Signature of law clerk