**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

Civil No. 01-845 (RLE)

v.

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard,; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $1,327.90 | $1,327.90 |
| Fees and Disbursements for Printing | $570.30 | $570.30 |
| Fees for Exemplification and Copies | $480.92 | $480.92 |
| Docket Fees under 28 U.S.C. § 1923 | $20.00 | $20.00 |
| TOTAL: | $2,399.12 | $2,399.12 |

Costs, therefore, are taxed in the sum of Two Thousand Three Hundred Ninety Nine and 12/100 Dollars ($2,399.12) in favor of Plaintiff United States of America, and against Defendants Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard,; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of May 25, 2006.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk