UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

UNITED STATES' NOTICE OF SALE

The United States gives notice that on January 17, 2007, at 10:00 a.m., the property described as:

> The Southwest Quarter (SW 1/4) of Section 16, Township 137, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, LESS all that part of the Southwest Quarter of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, which is included within the following metes and bounds description:
>
> Commencing at a Point on the West Line of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, said Point being located 2,396.56 feet North of the Southwest Corner of said Section, as measured along said West Section Line; thence bear North 90º00'00" East along a line which is perpendicular to the East Right-of-Way Line of Trunk Highway No. 75 a distance of 75.00 feet, more or less, to a Point of Intersection with said East Right-of-Way Line, said Point of Intersection being also the Point of Beginning of the tract of land herein described; thence North 88º49'27" East a distance of 360.08 feet; thence South 00º00'00" West a distance of 242.00 feet; thence South 88º49'27" West a

distance of 360.08 feet, more or less, to a Point of Intersection with the aforementioned East Right-of-Way Line of Trunk Highway No. 75; thence North 00º00'00" East along said Right-of-Way Line a distance of 242.00 feet, more or less, to the Point of Beginning.
(the "Property")

was offered for sale at public auction pursuant to the Order of Sale entered on September 20, 2006, in the above-entitled matter, and the United States reports that:

1. Pursuant to the Order of Sale, the Internal Revenue Service (IRS) caused to be advertised a notice of real estate auction judicial sale on December 24 and 31, 2006, and January 7 and 14, 2007, in The Forum and on January 3 and January 10, 2007, in the Valley Midweek Marketplace, newspapers of general circulation in Clay County, Minnesota, stating that the Property would be sold on January 17, 2007, at 10:00 a.m., in the Main Lobby, Clay County Courthouse, 807 11th Street N., Moorhead, Minnesota 56560, to the highest and best bidder. A copy of the Notice of Real Estate Auction Judicial Sale is attached hereto as Exhibit A.

2. At the time and place advertised for the sale, the Property described above and located in Clay County, Minnesota, was offered for sale at public auction to the highest and best bidder. Andrew Askegaard, Ed Askegaard, and Tom Askegaard, met the sales conditions set forth in the Order of Sale, and together bid the sum of $341,000. That being the highest bid, the Property was sold for that sum to Andrew Askegaard, Ed Askegaard, and Tom Askegaard, who deposited the required $10,000 with Janell M. Petersen, an IRS Property Appraisal and Liquidation Specialist (PALS), by official check payable to the U.S. District Court for the District of Minnesota. The check is being forwarded today under separate cover to the clerk of the U.S. District Court.

3. The balance of the purchase price, $331,000, shall be paid by Andrew Askegaard, Ed Askegaard, and Tom Askegaard to the IRS, PALS, within thirty (30) days after the sale is confirmed, by certified funds payable to the U.S. District Court, District of Minnesota.

4. The following costs and expenses were incurred as a result of the sale:

| | | |
|---|---|---|
| a. | Publication of Notice of Sale | $ 1,708.80 |
| b. | Real Estate Taxes thru 11-15-06 | $ 958.00 |
| c. | Title Report | $ 150.00 |
| d. | Mileage, Hotel & Meals | $ 353.24 |
| | TOTAL: | $ 3,170.04 |

Respectfully submitted,
RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov

Dated: January 22, 2007.