# Notice of Real Estate Auction Judicial Sale

Under an Order of Judicial Sale entered in United States of America vs. Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, trustee of the Clough Family Trust, Civil No. 01-CV-845 RLE (USDC D. Minn), signed on September 20, 2006, the United States will offer to sell at public auction property located in Clay County, MN.

**Date of Sale:** Wednesday, January 17, 2007
**Time of Sale:** 10:00 A.M.
**Location of Sale:** Clay County Courthouse, 807 11th Street N., Moorhead, MN 56560
**Minimum Bid:** $220,000

**Legal Description:**
The Southwest Quarter (SW 1/4) of Section 16, Township 137, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, LESS ALL THAT PART OF THE Southwest Quarter of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, which is included within the following metes and bounds of description: Commencing at a Point on the West Line of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, said Point being located 2,396.56 feet North of the Southwest Corner of said Section as measured along said West Section Line; thence bear North 90 degrees 00'00" East along a line which is perpendicular to the East Right-of-Way Line of Trunk Highway No. 75 a distance of 75.00 feet, more or less, to a Point of intersection with said East Right-of-Way Line, said Point of intersection being also the Point of Beginning of the tract of land herein described, thence North 88 degrees 49'27" East a distance of 360.08 feet; thence South 00 degrees 00'00" West a distance of 242.00 feet; thence South 88 degrees 49'27" West a distance of 360.08 feet, more or less to a Point of intersection with the aforementioned East Right-of-Way Line of Trunk Highway No. 75; thence North 00 degrees 00'00" East along said Right-of-Way Line a distance of 242.00 feet, more or less, to the Point of Beginning.

**Terms and Conditions of Sale:**
The successful bidder shall be required to deposit with the Internal Revenue Service (IRS), Property Appraisal and Liquidation Specialist, $10,000 by certified or cashier's check or cash payable to the United States District Court for the District of Minnesota, immediately upon the Property being struck off and awarded to the highest bidder. Before being permitted to bid at the sale, bidders shall display to the IRS proof that they are able to comply with this requirement. No bids will be received from any person(s) who have not presented proof that, if they are the successful bidder(s), they can make the payment required by this Order of Sale

The balance of the sale price must be tendered to IRS by certified funds, payable to the United States District Court for the District of Minnesota no later than thirty (30) days after the sale is confirmed by the court. If the bidder fails to fulfill this requirement, the deposit shall be forfeited and the Property shall again be offered for sale or sold to the second highest bidder without further permission of the Court under the terms and conditions of the Order of Sale. The United States may bid as a creditor against its judgment without tender of cash

The government reserves the right to reject any and all bids and to withdraw the Property from the sale. The sale shall be free and clear of the interests of the Estate of Gladys Askegard, Aileen Askegard Clough and the Clough Family Trust, and all parties to Civil No. 01-CV-845-RLE. The sale shall be subject to building lines, if established, all laws, ordinances and governmental regulation (including building and zoning ordinances), affecting the Property, and easements and restrictions of record, if any.

The sale is ordered pursuant to 28 U.S.C Sec. 2001(a), and is made without right of redemption. The Property is offered "as is" and "where is" and without recourse against the United States. The United States makes no guaranty or warranty of condition of the Property, or its fitness for any purpose. The United States will not consider any claim for allowance or adjustment or for the rescission of the sale based on failure of the Property to comply with any expressed or implied representation.
The sale of the Property is subject to confirmation by the Court. On confirmation of the sale and receipt of the entire purchase price, the IRS shall execute a deed of judicial sale conveying the Property to the purchaser. On confirmation of the sale, all interest in, liens against, or claims to the Property that are held or asserted by all parties in Civil No. 01-CV-845-RLE, are discharged and extinguished.

**Important Information**
This is not an advertisement of a sale of seized property. This is an information notice only regarding a sale being conducted by the IRS as a result of the foreclosure of an IRS Federal Tax lien by the U. S. Department of Justice.

Addition information can be found at:
**www.irsacutions.gov.**
It is important that any interested purchaser contact Property Appraisal and Liquidation Specialist Janell Petersen at 651-249-3830 for more information regarding this sale.

C426483, 2x11, Internal Revenue Service, 12/17, HMD, 1OP tasha

PENCAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
A
Civil No. 01-CV-845