UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, Trustee of the Clough Family Trust,

Defendants. Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * * *

Pursuant to our Order of Sale, which was issued on September 20, 2006, see, Docket No. 103, at p. 4, ¶6(G), the successful bidders on the real property, which is described in the Order of Sale, see, Docket No. 103, at p. 2, ¶2, have deposited Cashier's Check No. 0462300078, in the amount of $10,000.00, with the United States District Court for the District of Minnesota. By this Order, we direct the Clerk of Court to deposit said check into a secure, interest-bearing account.

NOW, THEREFORE, It is --

ORDERED:

That the Clerk of Court is directed to deposit Cashier's Check No. 0462300078 into a secure, interest-bearing account.

BY THE COURT:

Dated: January 25, 2007

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE