Court Name: US District Court Minnesota
Division: 3
Receipt Number: 546410000221
Cashier ID: sander
Transaction Date: 01/25/2007
Payer Name: MARY BIELEFELD

---

COMM REG MONEY MARKET
For: MARY BIELEFELD
Case/Party: 0-MNX 0 01 CV-000845 001
Amount: $10,000.00

---

CHECK
Check/Money Order Num: 0462300078
Amt Tendered: $10,000.00

---

Total Due: $10,000.00
Total Tendered: $10,000.00
Change Amt: $0.00