U.S. Department of Justice

Tax Division

Facsimile No. (202) 514-6770
Trial Attorney: Mary E. Bielefeld
Attorney's Direct Line: (202) 514-9375

Please reply to: Civil Trial Section, Central Region
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

EJO'C:SGH:MEBielefeld:meb
5-39-5449
CMN 1999150382

January 22, 2007

**Fedex**
Richard E. Sletten, Clerk
United States District Court
417 Fed. Bldg. & U.S. Courthouse
515 West First Street
Duluth, MN 55802

RECE...
JAN 23
CLERK, U.S. DI...
DULUTH

Re: United States v. Douglas R. Askegard, et. al.
Civil No. 01-CV-845 (RLE) (USDC D. Minn.)

Dear Mr. Sletten:

I am sending cashier's check # 0462300078 in the amount of $10,000 for deposit with the Court regarding the above-captioned case. The check is the initial deposit of the successful bidders, Andrew Askegaard, Ed Askegaard, and Tom Askegaard, who are buying the real property ordered sold by the Court. A Notice of Sale is being filed electronically together with a certificate of service.

If you have any questions, please contact me at the telephone number stated above. Thank you for your assistance.

Sincerely yours,

Mary E. Bielefeld

MARY E. BIELEFELD
Senior Trial Attorney
Civil Trial Section, Central Region

Enclosure: As stated

cc: Jon Jensen, Esquire
Pearson Christensen Cahill
& Clapp, P.L.L.P.
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758

John C. Schmittdiel, Esquire
Associate Area Counsel
Internal Revenue Service
Galtier Plaza, Suite 650, Box 90
175 East Fifth Street
St. Paul, MN 55101
Your ref: CC:MSR:NCE:STP:GL-705210-98/BCHoliday

Rachel K. Paulose, Esquire
United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Attn: Roylene Champeaux, AUSA