UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST, Defendants. | ) | Civil No. 01-CV-845 (RLE) |

UNITED STATES' MOTION FOR CONFIRMATION OF SALE

The United States moves the Court pursuant to Rule 70, Fed. R. Civ. P., to issue an Order confirming the sale of real property in which the Estate of Gladys M. Askegard has an interest, located in Clay County, Minnesota, and described as:

> The Southwest Quarter (SW 1/4) of Section 16, Township 137, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, LESS all that part of the Southwest Quarter of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, which is included within the following metes and bounds description:
>
> Commencing at a Point on the West Line of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, said Point being located 2,396.56 feet North of the Southwest Corner of said Section, as measured along said West Section Line; thence bear North 90º00'00" East along a line which is perpendicular to the East Right-of-Way Line of Trunk Highway No. 75 a distance of 75.00 feet, more or less, to a Point of Intersection with said East Right-of-Way Line, said Point of Intersection

> being also the Point of Beginning of the tract of land herein described; thence North 88°49'27" East a distance of 360.08 feet; thence South 00°00'00" West a distance of 242.00 feet; thence South 88°49'27" West a distance of 360.08 feet, more or less, to a Point of Intersection with the aforementioned East Right-of-Way Line of Trunk Highway No. 75; thence North 00°00'00" East along said Right-of-Way Line a distance of 242.00 feet, more or less, to the Point of Beginning.

("Property"), which sale is to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, for the sum of $341,000. The United States also asks that the Order authorize the Internal Revenue Service ("IRS") to issue a deed. Jon Jensen, counsel for all defendants except Wayne Aslesen, does not object to this motion. A supporting memorandum accompanies this motion.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov

Dated: February 5, 2007