UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-CV-845 (RLE) |

NOTICE OF UNITED STATES'
<u>MOTION FOR CONFIRMATION OF SALE</u>

PLEASE TAKE NOTICE that on Thursday, March 1, 2007, at 11:00 a.m.(CST), the Court will consider and act upon the United States' Motion for Confirmation of Sale in the above-entitled case. A telephonic hearing will be held before Chief United States Magistrate Judge Raymond L. Erickson in Courtroom 3 of the 417 Federal Building, 515

West First Street, Duluth, MN 55802. Counsel for the United States will make the arrangements for, and initiate the call to the Court.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov