UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

MEMORANDUM IN SUPPORT OF
UNITED STATES' MOTION FOR CONFIRMATION OF SALE

The United States reports the following in support of its motion for an Order confirming the sale of real property in which the Estate of Gladys M. Askegard has an interest, located in Clay County, Minnesota.

On September 30, 2005, the United States obtained a judgment against the Estate of Gladys M. Askegard for unpaid estate tax liabilities in the sum of $374,612.57, plus interest at the rate prescribed by 26 U.S.C. §6621, from July 1, 2000, until paid; and a judgment against Aileen Askegard Clough in the amount of $204,552 plus interest at the rate prescribed by Minn. Stats. § 549.09, Subdivision 1(c), from the date of entry of the judgment until the judgment is paid; and a judgment against the Clough Family Trust in the amount of $204,502 plus interest at the rate prescribed by Minn. Stats. § 549.09,

Subdivision 1(c), from the date of entry of the judgment until the judgment is paid. The Court ordered that the United States has valid and subsisting liens, by virtue of the June 21, 1982, and April 2, 1984, assessments against the Estate, and by virtue of a lien for estate tax deferred on all property belonging to the Estate of Gladys Askegard, including the real property located at in Clay County, Minnesota; that the United States is entitled to foreclose its tax liens against the real property described above; and that the Property will be sold pursuant to further Order of the Court.[1] A judgment for costs was entered in favor of the United States and against the defendants in the amount of $2,399.12 on May 25, 2006.[2]

On September 20, 2006, the parties stipulated to the entry of an order of sale of the Property.[3] On September 20, 2006, the Court approved the parties' stipulation for sale, and entered an Order of Sale directing the Internal Revenue Service ("IRS") to sell the Property at public auction subject to court approval.[4]

Notices of a real estate auction judicial sale were placed in *The Forum* for four consecutive weeks (December 24 and 31, 2006, and January 7 and 14, 2007), and in the *Valley Midweek Marketplace* for two consecutive weeks (January 3 and January 10, 2007), newspapers of general circulation in Clay County, Minnesota, stating that the

---

[1]Judgment, Docket No. 80.

[2]Cost Judgment, Docket No. 100.

[3]Stipulation for Order of Sale, Docket No. 101.

[4]Order of Sale, Docket No. 103.

Property would be sold on January 17, 2007, at 10:00 a.m., in the Main Lobby, Clay County Courthouse, 807 11th Street N., Moorhead, Minnesota 56560, to the highest and best bidder. A copy of the original affidavit of publication marked as Exhibit A, accompanies this motion.

On January 17, 2007, at 10:00 a.m., the Property was offered for sale at the Clay County Courthouse, Moorhead, Minnesota, and Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, bid the sum of $341,000. That being the highest bid, the Property was sold for that sum to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, who deposited $10,000 with Janell Petersen, an IRS Property Appraisal and Liquidation Specialist (PALS). The United States filed its notice of sale on January 22, 2007,[5] and sent the $10,000 check to the Clerk of the United States District Court, Minneapolis, Minnesota.[6] On January 25, 2007, the Court directed the Clerk of Court to deposit the check into a secure, interest-bearing account.[7]

The Order of Sale[8] provides that the successful bidder shall tender the balance of the purchase price to the IRS no later than thirty (30) days after the sale is confirmed by the Court. On confirmation of the sale and receipt of $331,000, the outstanding balance of the purchase price, an authorized delegate of the IRS shall execute and deliver a deed

[5] Notice, Docket No. 104.

[6] Docket No. 107.

[7] Order, Docket No. 106.

[8] Docket No. 103.

of judicial sale conveying the Property to the purchaser(s).

Counsel for the purchasers, Joel Johnson, asked counsel for the United States to request in this motion, that certain provisions of the Order of Sale be included in the proposed Order of Confirmation. Specifically, "that the sale of the Property shall be free and clear of the interests of the Estate of Gladys M. Askegard, Aileen Askegard Clough, the Clough Family Trust, and all parties to this action and without right of redemption;[9] and that on entry of the Order of Confirmation, all interests in, liens against, or claims to the Property that are held or asserted by all parties to this action are discharged and extinguished." The United States does not object to the request and asks the Court to include these provisions in the requested Order of Confirmation.

The parties stipulated that a minimum bid of $220,000 should be set for the property and the Court agreed.[10] As set forth above, the property was properly noticed for sale in the local newspapers and the other conditions of sale have been met. The highest and best bid at auction, $341,000, greatly exceeds the minimum bid and gives the Court good reason to confirm the sale to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, for the sum of $341,000.

WHEREFORE, the United States requests an order confirming the sale of the Property in Clay County, Minnesota, to Edwin D. Askegaard, Thomas P. Askegaard, and

---

[9]Order of Sale, ¶¶4 and 6 A, Docket No. 103.

[10]Stipulation and Order of Sale, Docket Nos. 101 and 103.

Andrew A. Askegaard, for the sum of $341,000, and authorizing the IRS to issue a "Deed to Real Property."

A proposed Order of Confirmation will be e-mailed to Chief United States Magistrate Judge Raymond Erickson and attorney Jon Jensen today. A proposed "Deed to Real Property," marked Exhibit B, accompanies this motion.

After receipt of $331,000, the outstanding balance of the purchase price, the United States will send $331,000 to the Clerk of Court, District of Minnesota, together with a motion for order distributing the proceeds of sale.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov

Dated: February 5, 2007