UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-845 (RLE) |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION FOR CONFIRMATION OF SALE, and draft DEED TO REAL PROPERTY, has been made upon the following through the Court's Electronic Filing System on this _ 5th day of February, 2007, and a proposed ORDER OF CONFIRMATION was e-mailed this day to the Honorable Raymond L. Erickson and to attorney Jensen at the following e-mail addresses:

John J. Jensen, Esquire
PEARSON CHRISTENSEN
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521; Fax: (701) 775-0524
E-mail: jjensen@grandforkslaw.com
marie@grandforkslaw.com

and service of the foregoing UNITED STATES' MOTION FOR CONFIRMATION OF SALE, draft DEED TO REAL PROPERTY, and a proposed ORDER OF CONFIRMATION has been made upon the following by depositing a copy in the United States' mail, postage prepaid, this 5th day of February, 2007, addressed to:

Wayne Aslesen, *Pro se*
5685 20th St Cir S
Fargo, ND 58104

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC # 384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov