# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-845 (RLE) |
| | ) | Date: February 13, 2007 |
| Douglas R. Askegard et al., | ) | Court Reporter: 07-10 |
| | ) | Time Commenced: 1:30 p.m. |
| Defendants. | ) | Time Concluded: 1:47 p.m. |
| | ) | Time in Court: 0 Hours & 17 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Mary Bielefeld
Defendant: Jon J. Jensen

PROCEEDINGS:

☒ Status conference.
☐ Dates discussed for the progression of the case.

s/Aaron M. Johnson
Judicial Law Clerk