UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

Douglas R. Askegard, et al.,

Defendants.

NOTICE OF RESCHEDULING MOTION HEARING

Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * *

The Motion For Confirmation of Sale [Docket No. 108] is set for hearing on Thursday, March 1, 2007. Due to a change in the Court's calendar, the Hearing on the Motion will be rescheduled.

ACCORDINGLY, It is --

ORDERED:

That the Hearing on the Motion For Confirmation of Sale [Docket No. 108] is reset for **11:00 a.m., on Monday, March 5, 2007, before Magistrate Judge Raymond L. Erickson, in Court Room 3, United States Courthouse, Duluth, Minnesota**, and may be conducted by telephone. The Government is to make the necessary arrangements for the telephone conference.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

DATED: February 27, 2007