# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,
Plaintiff,
v.

Douglas R. Askegard et al.,
Defendant.

## COURT MINUTES
BEFORE: Raymond L. Erickson
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | 01-845 (RLE) |
| Date: | March 5, 2007 |
| Tape Number: | 07-11 |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:08 a.m. |
| Time in Court: | 0 Hours & 8 Minutes |

## APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Mary E. Bielefeld |
| For Defendant: | Jon J. Jensen |

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☒ **PLAINTIFF** ☐ **DEFENDANT**

1. Government's Motion for Confirmation of Sale [Docket No. 108]

Motions taken under advisement as of: March 5, 2007

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Aaron M. Johnson
Signature of Judicial Law Clerk