UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | <u>ORDER CONFIRMING SALE</u><br><br>Civ. No. 01-845 (RLE) |

Upon consideration of the United States' motion for confirmation of sale of real property located in Clay County, Minnesota, in which the Estate of Gladys M. Askegard has an interest, and described as:

> The Southwest Quarter (SW 1/4) of Section 16, Township 137, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, <u>LESS</u> all that part of the Southwest Quarter of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, which is included within the following metes and bounds description:
>
> Commencing at a Point on the West Line of Section 16, Township 137 North, Range 48 West of the Fifth Principal Meridian, Clay County, Minnesota, said Point being located 2,396.56 feet North of the Southwest Corner of said Section, as measured along said West Section Line; thence bear North 90º00'00" East along a line which is perpendicular to the East Right-of-Way Line of Trunk Highway No. 75 a distance of 75.00 feet, more or less, to a Point of Intersection with said East Right-of-Way Line, said Point of Intersection being also the

> Point of Beginning of the tract of land herein described; thence North 88°49'27" East a distance of 360.08 feet; thence South 00°00'00" West a distance of 242.00 feet; thence South 88°49'27" West a distance of 360.08 feet, more or less, to a Point of Intersection with the aforementioned East Right-of-Way Line of Trunk Highway No. 75; thence North 00°00'00" East along said Right-of-Way Line a distance of 242.00 feet, more or less, to the Point of Beginning.

("Property"), it appears by due proof that:

(a) notice of the motion to confirm the sale was given by electronic filing, e-mail, and mail to all parties or their authorized representatives; and

(b) legal notice of the sale of the Property was given by publication once a week for four consecutive weeks prior to the sale in a newspaper of general circulation in Clay County, Minnesota, where the Property is located; and

(c) in auctioning the Property, the United States has in all things complied with the judgment and Order of Sale entered in this case, and having considered the entire record in this matter, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion is GRANTED; and

IT IS FURTHER ORDERED that the sale of the Property in this case to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, for the total sum of $341,000, is approved and confirmed.

IT IS FURTHER ORDERED that upon entry and filing of this Order with the Clerk of Court, District of Minnesota, and upon tender to IRS of $331,000, the balance of the purchase price for the Property, the IRS is directed to make and execute a good and sufficient

deed conveying the Property to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, the purchasers, and thereafter delivering the deed to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, at 2152 160th Avenue S., Comstock, Minnesota 56525.

IT IS FURTHER ORDERED that the IRS shall deposit the $331,000 with the Clerk of this Court to be distributed on further Order of the Court.

IT IS FURTHER ORDERED that the sale and conveyance of the Property to Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, are made free and clear of the interests of the Estate of Gladys M. Askegard, Aileen Askegard Clough, the Clough Family Trust, and all parties to this action and without right of redemption.

IT IS FURTHER ORDERED that on entry of this Order of Confirmation, all interests in, liens against, or claims to the Property that are held or asserted by all parties to this action are discharged and extinguished.

IT IS FURTHER ORDERED that the sale proceeds shall be distributed in the following order at a later date:

1. To the IRS for the administrative costs of the sale of the Property;
2. To the Treasurer of Clay County, Minnesota, for any unpaid real estate taxes;
3. To Pearson Christensen & Clapp, PLLP, in the amount of $1,500 for fees and costs;
4. To the United States Department of Justice to be applied to the judgment debts of Aileen Askegard Clough and the Clough Family Trust with any amounts being credited

to both debts simultaneously;

5. To the United States for $2,399.12 in costs awarded in this action; and then

6. To the unpaid estate tax liabilities of the Estate of Gladys Askegard.

Dated: March 5, 2007

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE