UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

MOTION TO DISTRIBUTE PROCEEDS OF SALE

The plaintiff, United States of America, moves the Court for an Order authorizing and directing the Clerk of Court for the District of Minnesota to distribute the sale proceeds from the judicial foreclosure sale held on January 17, 2007. Jon Jensen, counsel for all defendants except Wayne Aslesen, does not object to this motion. Counsel for the United States has not been able to reach defendant Wayne Aslesen, appearing *pro se*, regarding this motion. The United States asserts the following in support of this motion.

The real property in Clay County, Minnesota (Property), was sold at public auction to the highest bidders, Edwin D. Askegaard, Thomas P. Askegaard, and Andrew A. Askegaard, for the sum of $341,000. The sale was confirmed on March 5, 2007. See Order Confirming Sale, Docket No. 116. The entire purchase price of $341,000 has now been deposited with, and is being held by, the Clerk of the United States District Court for this district. See Docket No. 107 ($10,000 initial deposit) and Docket No. 113 ($331,000 balance).

In accord with the Order of Sale (Docket No. 103), and the Order Confirming Sale (Docket No. 116), the sale proceeds are to be distributed in the following order:

1. To the IRS for the administrative costs of the sale of the Property;

2. To the Treasurer of Clay County, Minnesota, for any unpaid real estate taxes; and

3. To Pearson Christensen & Clapp, PLLP, in the amount of $1,500 for fees and costs;

4. To the United States to be applied to the judgment debts of Aileen Askegard Clough and the Clough Family Trust with any amounts being credited to both debts simultaneously;

5. To the United States for $2,399.12 in costs awarded in this action; and then

6. To the unpaid estate tax liabilities of the Estate of Gladys Askegard.

Accordingly, the United States requests that the Court enter an Order directing the Clerk of Court to distribute the $341,000 sale proceeds as follows (Docket Nos. 103 and 116):

a. United States Treasury for the administrative costs of sale incurred by the Internal Revenue Service in the amount of $1,858.80;

b. Clay County Treasurer for unpaid real estate taxes in the amount of $1,116.35 as of January 31, 2007;

c. Pearson Christensen & Clapp, PLLP, in the amount of $1,500 for fees and costs;

d. United States Treasury in the amount of $218,440 for the unpaid judgment debts of defendants Aileen Askegard Clough and the Clough Family Trust with the amount being credited to both debts simultaneously (Docket No. 80);1/

---

1/ This is the amount due as of May 10, 2007, the estimated payment date. The amount is calculated by multiplying the amount of the judgment ($204,552) by the rate of interest (under M.S. §549.09(1)(c)) by the years from the date of judgment until paid. The judgment was entered on September 30, 2005. M.S. §549.09(1)(c) provides for 4% simple interest per annum
(continued...)

e. United States Department of Justice for costs awarded in this action in the amount of $2,339.12 (Docket No. 100); and

f. United States Treasury for the unpaid estate tax liabilities of the Estate of Gladys Askegard in the amount remaining after payment of the amounts set forth in ¶¶ a - e., above.

WHEREFORE, plaintiff, United States of America, requests that its motion be granted. A proposed Order to distribute sale proceeds is being e-mailed this date to Chief Magistrate Judge Erickson.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC #384603
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov

Dated: March 21, 2007.

---

1/ (...continued)
on judgments in 2005 and 2006 and 5% simple interest per annum in 2007. The total ($218,440) is the sum of the judgment ($204,552) plus [1.2521 years (i.e, 457 days) of interest on $204,552 at 4%] plus [0.3562 years (i.e., 130 days) of interest on $204,552 at 5%].