UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-CV-845 (RLE) |

NOTICE OF UNITED STATES'
MOTION TO DISTRIBUTE PROCEEDS OF SALE

PLEASE TAKE NOTICE that on Thursday, May 3, 2007, at 11:00 a.m.(CDT), the Court will consider and act upon the United States' motion to distribute proceeds of sale in the above-entitled case. A hearing will be held before Chief United States Magistrate Judge Raymond L. Erickson in Courtroom 3 of the 417 Federal Building, 515 West First St., Duluth, MN 55802.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov