UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Civil No. 01-845 (RLE) |
| DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST, Defendants. | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF MOTION TO DISTRIBUTE PROCEEDS OF SALE, UNITED STATES' MOTION TO DISTRIBUTE PROCEEDS OF SALE, and has been made upon the following through the Court's Electronic Filing System on this 21st day of March, 2007, and a proposed ORDER TO DISTRIBUTE SALE PROCEEDS was e-mailed this day to the Honorable Raymond L. Erickson and to attorney Jensen at the following e-mail addresses:

John J. Jensen, Esquire
PEARSON CHRISTENSEN
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521; Fax: (701) 775-0524
E-mail: jjensen@grandforkslaw.com
marie@grandforkslaw.com

and service of the foregoing UNITED STATES' NOTICE OF MOTION TO DISTRIBUTE PROCEEDS OF SALE, UNITED STATES' MOTION TO DISTRIBUTE PROCEEDS OF

SALE, and a proposed ORDER TO DISTRIBUTE SALE PROCEEDS has been made upon the following by depositing a copy in the United States' mail, postage prepaid, this 21st day of March, 2007, addressed to:

Wayne Aslesen, *Pro se*
5685 20th St Cir S
Fargo, ND 58104

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC # 384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov