UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845 (RLE) |

AMENDED NOTICE OF HEARING ON UNITED STATES'
MOTION TO DISTRIBUTE PROCEEDS OF SALE

PLEASE TAKE NOTICE that the United States' motion to distribute proceeds of sale will be heard by the Court on **Thursday, April 5, 2007, at 2:30 p.m.** (CDT), instead of Thursday, May 3, 2007, at 11:00 a.m.(CDT). The hearing will be conducted by telephone and will be held before Chief United States Magistrate Judge Raymond L. Erickson. The United States will initiate the call.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov