UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 01-845 (RLE) |
| | ) | |
| DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of a second proposed ORDER TO DISTRIBUTE SALE PROCEEDS has this 5th day of April, 2007, been made by e-mail to the Honorable Raymond L. Erickson and to attorney Jensen at the following e-mail addresses:

John J. Jensen, Esquire
PEARSON CHRISTENSEN
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521; Fax: (701) 775-0524
E-mail: jjensen@grandforkslaw.com
marie@grandforkslaw.com

and service of the foregoing second proposed ORDER TO DISTRIBUTE SALE PROCEEDS has been made on the following by depositing a copy in the United States' mail, postage prepaid, this 5th day of April, 2007, addressed to:

Wayne Aslesen, *Pro se*
5685 20th St Cir S
Fargo, ND 58104

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC # 384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov



2375799.1