# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,
Plaintiff,
v.

Douglas R. Askegard et al.,
Defendants.

## COURT MINUTES
BEFORE: Raymond L. Erickson
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | 01-845 (RLE) |
| Date: | April 5, 2007 |
| Tape Number: | 07-20 |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:38 p.m. |
| Time in Court: | 0 Hours & 8 Minutes |

## APPEARANCES:

For Plaintiff: Mary E. Bielefeld
For Defendants: Jon J. Jensen

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☒ **PLAINTIFF** ☐ **DEFENDANT**

1. Government's Motion to Distribute Proceeds of Sale [Docket No. 117]

Motions taken under advisement as of: April 5, 2007

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

Notes: No appearance was made by, or on behalf, of the Defendant Wayne Aslesen. The Government represented that Mr. Aslesen was contacted on April 4, 2007, and advised that he did not wish to participate in the Hearing.

s/Aaron M. Johnson
Signature of Judicial Law Clerk