UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, Trustee of the Clough Family Trust,

Defendants. Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge, pursuant to the consent of the parties, as authorized by the provisions of Title 28 U.S.C. §636(c), upon the Motion of the Government for the Distribution of Funds obtained from the sale proceeds of the judicial foreclosure sale, which was held on January 17, 2007. A Hearing on the Motion was conducted on April 5, 2007, at which time, the Government appeared by Mary E. Bielefeld, Trial Attorney, Tax Division, United States Department of Justice; and the Defendants, except for Wayne

123

APR 0 6 2007
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SCANNED
APR 0 6 2007
U.S. DISTRICT COURT DULUTH

Aslesen ("Aslesen"), appeared by Jon J. Jensen, Esq. No appearance was made by, or on behalf of, Aslesen.[1]

Having considered the Government's motion to distribute proceeds of sale, and the entire Record herein --

IT IS HEREBY ORDERED --

1. That the Clerk of Court pay the sum of **$1,858.80** to the **United States Treasury** for the administrative costs of sale incurred by the Internal Revenue Service, and the check is to be made payable to the "**United States Treasury**" and forwarded to Mary E. Bielefeld, Senior Trial Attorney, United States Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044;

2. That the Clerk of Court shall pay the sum of **$1,116.35** to the **Clay County Treasurer** for unpaid real estate taxes as of January 31, 2007, on the Property, and the check is to be made payable to the "**Clay County Treasurer**" and forwarded to the Office of Clay County Treasurer, **P.O. Box 280, Moorhead, MN**

[1]At the Hearing, counsel for the Government represented that she spoke to Aslesen on April 4, 2007, and that Aslesen declined an invitation to participate in the Hearing. Aslesen did receive copies of the Government's Motion papers.

**56560**, together with a notation on the check that it should be applied to the Property whose **Tax Parcel Number** is **15.016.3000**;

3. That the Clerk of Court shall pay the sum of **$1,500.00** to **Pearson Christensen & Clapp, PLLP**, for fees and costs, and the check is to be made payable to "**Pearson Christensen & Clapp, PLLP**" and forwarded to Pearson Christensen & Clapp, PLLP, P.O. Box 5758, Grand Forks, ND 58206-5758, together with a notation on the check that it should be applied to the fees and costs in United States v. Douglas R. Askegard, et al, Civil No. 01-CV-845 (RLE)(D. Minn.);

4. That the Clerk of Court shall pay the sum of **$217,466.73**[2] to the **United States Treasury** for the unpaid judgment debts of defendants Aileen Askegard Clough, and the Clough Family Trust, with the amount being credited to both debts simultaneously, and the check is to be made payable to the "**United States Treasury**"

---

[2]This is the amount due as of April 6, 2007, the estimated payment date. The amount is calculated by multiplying the amount of the judgment ($204,552.00) by the rate of interest (under Minnesota Statutes Section 549.09(1)(c)) by the years from the date of judgment until paid. The judgment was entered on September 30, 2005. See, Docket No. 80. Minnesota Statutes Section 549.09(1)(c) provides for 4.0% simple interest per annum on judgments in 2005 and 2006 and 5.0% simple interest per annum in 2007. The total ($217,466.73) is the sum of the judgment ($204,552.00) plus [1.2521 years (i.e, 457 days) of interest on $204,552.00 at 4.0%] plus [0.2630 years (i.e., 96 days) of interest on $204,552.00 at 5.0%].

and forwarded to Mary E. Bielefeld, Senior Trial Attorney, United States Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044;

5. That the Clerk of Court shall pay the sum of **$2,339.12** to the **United States Department of Justice** for costs awarded in this action, and the check is to be made payable to the "**United States Department of Justice**" and forwarded to Mary E. Bielefeld, Senior Trial Attorney, United States Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044, with a notation on the check that it should be applied to the United States' costs in United States v. Douglas Askegard, et al, Civil No. 01-CV-845 (RLE)(D. Minn.);

6. That the Clerk of Court shall pay the remaining balance from the confirmed foreclosure sale after the payments set forth above have been made, to the **United States Treasury** for the unpaid Federal estate taxes of defendant Estate of Gladys M. Askegard, and the check is to be made payable to the "**United States Treasury**" and forwarded to Mary E. Bielefeld, Senior Trial Attorney, United States Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044.

7. That the Clerk of Court is directed to issue the referenced checks immediately.

BY THE COURT:

Dated: April 6, 2007

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE