UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Douglas R. Askegard, individually and as personal representative of the Estate of Gladys M. Askegard; David Askegard; Wayne Aslesen; Aileen Askegard Clough, individually and as trustee of the Clough Family Trust and John Doe, Trustee of the Clough Family Trust,

Defendants. Civ. No. 01-845 (RLE)

* * * * * * * * * * * * * * * * * * *

By Order dated April 6, 2007 we directed the disbursement of funds arising from the judicial foreclosure sale in this matter, which was held on January 17, 2007. See, Docket No. 123. In paragraph 6 of that Order, we directed that any remaining funds, after the disbursement checks, that we directed, were issued, should be made payable to the United States Treasury. The Clerk of Court advises that the sum remaining for disbursement is the interest that accrued on the account to date. In order to assure that a proper audit of the account is facilitated, we issue this Order.

124

FILED APR 0 6 2007
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SCANNED
APR 06 2007
U.S. DISTRICT COURT DULUTH

NOW, THEREFORE, It is --

ORDERED:

That one hundred percent (100%) of the interest which accrued on the account, arising from the judicial foreclosure sale in this matter, shall be paid to the **United States Treasury**, and the check is to be made payable to the **"United States Treasury,"** and forwarded to Mary E. Bielefeld, Senior Trial Attorney, United States Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044.

BY THE COURT:

Dated: April 6, 2007

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE