UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845-RLE |

SATISFACTION OF JUDGMENTS AND RELEASE OF LIENS

The judgment entered on September 30, 2005, in the above-entitled case in favor of the United States and against Aileen Askegard Clough in the amount of $204,552.00 plus interest at the rate prescribed by Minnesota Statutes Section 549.09, Subdivision 1(c), from the date of the entry of judgment until the judgment is paid has been satisfied.

The judgment against the Clough Family Trust in the amount of $204,502.00 plus interest at the rate prescribed by Minnesota Statutes Section 549.09, Subdivision 1(c), from the date of the entry of judgment until the judgment is paid, has been satisfied.

The Clerk of the United States District Court for the District of Minnesota, is hereby authorized and empowered to satisfy and cancel said judgments.

Accordingly, pursuant to Section 3201(d), Title 28, U.S.C., the liens created when certified copies of the Abstracts of Judgment were filed on December 5, 2005, in the Recorder's Office for Wells County, North Dakota, as Document Numbers 05-000285347-0 and 05-000285351-6, respectively, have been satisfied and are hereby released.

Dated this 25th day of May, 2007.

RACHEL K. PAULOSE
United States Attorney

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov