UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | ) | Civil No. 01-845-RLE |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the SATISFACTION OF JUDGMENTS AND RELEASE OF LIENS has been made on the following through the Court's Electronic Filing System this 25th day of May, 2007:

John J. Jensen, Esquire
PEARSON CHRISTENSEN
24 North 4th Street, P.O. Box 5758
Grand Forks, ND 58206-5758
Tel: (701) 775-0521; Fax: (701) 775-0524
E-mail: jjensen@grandforkslaw.com
marie@grandforkslaw.com

and service of the foregoing SATISFACTION OF JUDGMENTS AND RELEASE OF LIENS has been made on the following by depositing a copy in the United States' mail, postage prepaid, this 25th day of May, 2007, addressed to:

Wayne Aslesen, *Pro se*
5685 20th St Cir S
Fargo, ND 58104

s/ Mary E. Bielefeld

MARY E. BIELEFELD, DC # 384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: mary.e.bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov