UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. ASKEGARD, individually and as personal representative of the ESTATE OF GLADYS M. ASKEGARD; DAVID ASKEGARD; WAYNE ASLESEN; AILEEN ASKEGARD CLOUGH, individually and as trustee of the CLOUGH FAMILY TRUST, and JOHN DOE, trustee of the CLOUGH FAMILY TRUST,<br><br>Defendants. | Civil No. 01-CV-845-RLE |

SATISFACTION OF COST JUDGMENT

The United States of America hereby acknowledges that the Cost Judgment in the amount of $2,399.12 entered on May 25, 2006, in favor of the United States and against the above-named defendants, has been satisfied.

Dated this 20th day of March, 2008.

FRANK J. MAGILL, JR.
United States Attorney

s/ Mary E. Bielefeld
MARY E. BIELEFELD, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: Mary.E.Bielefeld@usdoj.gov
Central.taxcivil@usdoj.gov